# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOISES HERNANDEZ, JR., | ) | NO. CV 12–1894 FMO |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. CHOATES, Warden, <u>et</u> <u>al.</u>, | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 22nd day of June, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge